```
Priority    ✓
Send       ___
Enter      ___
Closed     ___
JS-5/JS-6  ___
```

UNITED STATES DISTRICT COURT  **ORIGINAL**
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No. JS-2/CR 04-00374(A) SJO            Date: September 21, 2004

~~Scan Only~~
===============================================================
PRESENT: HONORABLE S. JAMES OTERO, JUDGE

|  |  | Joseph Johns |
|---|---|---|
| Victor P. Cruz | Deborah Gackle | Dorothy Kim |
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

SPANISH INTERPRETERS: _____
===============================================================
U.S.A. vs (Dfts listed below)         Attorneys for Defendants

1)  ___Rita Marie Lavelle___           1) _Dana Cephas, DFPD_____
 xx pres ___custody  XX bond              xx pres  xx apptd ___retnd

2) _____              2) _____
 ___ pres ___custody ___bond              ___pres ___apptd ___retnd

3) _____              3) _____
 ___ pres ___custody ___bond              ___pres ___apptd ___retnd

___ DAY COURT TRIAL    1ST  DAY JURY TRIAL   XX   The Jury is impaneled & sworn
___ FILED WITNESS AND EXHIBIT LIST       ___ SEE SEPARATE LIST OF JURORS
___ Opening statements made by all parties  ___ Witnesses called, sworn and testified.
___ Exhibits identified.        ___ Exhibits admitted.
___ Motion for judgment of acquittal is _____
___ Motion for mistrial by _____ is ORDERED _____
 xx  Case continued to  Wednesday September 22, 2004 @ 9:00 a.m.
___ Government rests.     ___ Defendant(s) _____ rest.
___ Closing arguments made.   ___ Court instructs jury.   ___ Baliff/Matron sworn.
___ Alternates excused.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ FINDING BY COURT AS FOLLOWS:    ___ FILED JURY VERDICT AS FOLLOWS:

Dft #1: ___ Guilty on count(s) _____  ___ Not Guilty on count(s) _____
Dft #2: ___ Guilty on count(s) _____  ___ Not Guilty on count(s) _____
Dft #3: ___ Guilty on count(s) _____  ___ Not Guilty on count(s) _____
------------------------------------------------------------------
___ Jury polled. ___ Polling waived. ___ Filed Jury notes. ___ Filed Jury Instructions
------------------------------------------------------------------
___ Dft #___ Referred to P/O for I/R & cont to _____ for sentencing.
___ Dft #_____ remanded to custody.   ___ Dft #_____ released from custody.
___ Remand/Release #_____ issd.   ___ Bond exonerated as to dft #_____.

```
┌─────────────────┐
│ ENTER ON ICMS   │
│                 │
│   OCT - 1 2004  │
└─────────────────┘
```

S                                                           98

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

```
Case No:  CR 04-00374(A) SJO                      Date: September 21, 2004
================================================================================
PRESENT: HONORABLE S. JAMES OTERO, JUDGE
                                                  Joseph Johns
     Victor P. Cruz          Deborah Gackle       Dorothy Kim
      Deputy Clerk           Court Reporter       Asst. U. S. Attorney
SPANISH INTERPRETERS: _____
================================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants
1)    Rita Marie Lavelle             1) Dana Cephas, DFPD
 xx pres    ___custody  XX bond         xx pres   xx apptd    ___retnd
```

XX  Other: Court and counsel confer re pretrial documents. Defendant does not object to government's proposed statement to be read to the jury and the attached redacted indictment. Proposed voir dire filed by both parties. Court will allow each side 15 minutes of supplemental jury voir dire. Court instructs parties that any motion for cause must be supported. The Court will advise the jury that the defendant has a right not to testify. The Court has government's trial memo and supplemental trial memo. The Court has government's proposed special jury verdict. The defendant agrees to the joint jury instructions, but objects to government's supplemental instructions. The parties request a bifurcated jury trial; The Court inquires re penalty enhancement (see special verdict form). The court advises the parties that it is not in receipt of a motion for bifurcation. The Court has government's witness list; defendant has not filed one. The Court has filing of government's witness statements. Government's motion in limine to exclude introduction of defendant's hearsay statement is granted. Defendant's motion to exclude testimony of informer is granted. Defendant's motion in limine to exclude testimony or use of documents related to alleged 404(b) and any other document produced by government after date this case has been scheduled for is denied.

MINUTES FORM 6
CRIM - GEN                                    Initials of Deputy Clerk vpc