Priority ___/___
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

**ORIGINAL**

Case No.  CR 04-00374(A) SJO                    Date: September 22, 2004
================================================================================
PRESENT: HONORABLE S. JAMES OTERO, JUDGE

| Victor P. Cruz | Deborah Gackle | Joseph Johns / Dorothy Kim |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

SPANISH INTERPRETERS: _____
================================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)  __Rita Marie Lavelle__            1) __Dana Cephas, DFPD__
 xx pres ____custody  XX bond          xx pres  xx apptd ____retnd

2) _____     2) _____
 ___ pres ____custody ___bond          ____pres ____apptd ____retnd

3) _____     3) _____
 ___ pres ____custody ___bond          ____pres ____apptd ____retnd

____ DAY COURT TRIAL   2nd  DAY JURY TRIAL   XX   The Jury is impaneled & sworn
____ FILED WITNESS AND EXHIBIT LIST         ____ SEE SEPARATE LIST OF JURORS
____ Opening statements made by _____    ____ Witnesses called, sworn and testified.
____ Exhibits identified.                ____ Exhibits admitted.
____ Motion for judgment of acquittal is _____
____ Motion for mistrial by _____ is ORDERED _____
 xx  Case continued to __Thursday September 23, 2004 @ 9:00 a.m.__
____ Government rests.    ____ Defendant(s) _____ rest.
____ Closing arguments made.   ____ Court instructs jury.   ____ Baliff/Matron sworn.
____ Alternates excused.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ FINDING BY COURT AS FOLLOWS:     ____ FILED JURY VERDICT AS FOLLOWS:

Dft #1: ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____
Dft #2: ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____
Dft #3: ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____
--------------------------------------------------------------------------------
____ Jury polled. ____ Polling waived. ____ Filed Jury notes. ____ Filed Jury Instructions
--------------------------------------------------------------------------------
____ Dft #____ Referred to P/O for I/R & cont to _____ for sentencing.

____ Dft #_____ remanded to custody.  ____ Dft #_____ released from custody.
____ Remand/Release #_____ issd.   ____ Bond exonerated as to dft #_____.

XX Other: _

ENTER ON ICMS
OCT - 1 2004

MINUTES FORM 6
CRIM - GEN                                 Initials of Deputy Clerk  vpc

99