Priority    ✓
Send
Enter
Closed ___
JS-5/JS-6 ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

# ORIGINAL

Case JS-2/JS-3 CR-04-00374 (A) SJO    Date: September 23, 2004

==== Scan Only ====================================================

PRESENT: HONORABLE S. JAMES OTERO, JUDGE

|  |  | Joseph Johns |
|---|---|---|
| Victor P. Cruz | Deborah Gackle | Dorothy Kim |
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

SPANISH INTERPRETERS: _____

===================================================================

U.S.A. vs (Dfts listed below)    Attorneys for Defendants

1) __Rita Marie Lavelle__    1) Dana Cephas, DFPD _____
__xx_ pres ____custody _XX_ bond    __xx_ pres _xx_ apptd ____retnd

2) _____    2) _____
___ pres ____custody ___bond    ____pres ____apptd ____retnd

3) _____    3) _____
___ pres ____custody ___bond    ____pres ____apptd ____retnd

____ DAY COURT TRIAL   _3rd_ DAY JURY TRIAL ____ The Jury is impaneled & sworn

____ FILED WITNESS AND EXHIBIT LIST    ____ SEE SEPARATE LIST OF JURORS

____ Opening statements made by_____ _xx_ Witnesses called, sworn and testified.

_xx_ Exhibits identified.    _xx_ Exhibits admitted.

_xx_ Motion for judgment of acquittal is denied _____

____ Motion for mistrial by _____ is ORDERED _____

_xx_ Case continued to _Friday September 24, 2004 @ 9:00 a.m._

_xx_ Government rests. _xx_ Defendant(s) _____ rest.

____ Closing arguments made. ____ Court instructs jury. ____ Baliff/Matron sworn.

____ Alternates excused. ____ Jury retires to deliberate. ____ Jury resumes deliberations.

____ FINDING BY COURT AS FOLLOWS: ____ FILED JURY VERDICT AS FOLLOWS:

Dft #1: ____ Guilty on count(s) _____ ____ Not Guilty on count(s) _____

Dft #2: ____ Guilty on count(s) _____ ____ Not Guilty on count(s) _____

Dft #3: ____ Guilty on count(s) _____ ____ Not Guilty on count(s) _____

-----------------------------------------------------------------
____ Jury polled. ____ Polling waived. ____ Filed Jury notes. ____ Filed Jury Instructions
-----------------------------------------------------------------
____ Dft #____ Referred to P/O for I/R & cont to _____ for sentencing.

____ Dft #_____ remanded to custody. ____ Dft #_____ released from custody.
____ Remand/Release #_____ issd. ____ Bond exonerated as to dft #_____.

_xx_ Other: _The Court allows the government to read grand jury testimony into the record pursuant to a stipulation amongst the parties._
_Government motion to offer testimony of Mr. Lihn is denied. The Court incorporates its previous ruling regarding this issue._

ENTER ON ICMS

OCT - 1 2004

100

MINUTES FORM 6
CRIM - GEN      Initials of Deputy Clerk _vpc_