Priority ____
Send ____ ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

ORIGINAL

Case No: CR 04-00374(A) SJO          Date: September 24, 2004

====================================================================

PRESENT: HONORABLE S. JAMES OTERO, JUDGE

| Victor P. Cruz | Deborah Gackle | Joseph Johns Dorothy Kim |
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

SPANISH INTERPRETERS: _____

====================================================================

U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1) __Rita Marie Lavelle__          1) _Dana Cephas, DFPD_____
_xx_ pres ____custody _XX_ bond          _xx_ pres _xx_apptd ____retnd

2) _____          2) _____
____ pres ____custody ____bond          ____pres ____apptd ____retnd

3) _____          3) _____
____ pres ____custody ____bond          ____pres ____apptd ____retnd

____ DAY COURT TRIAL    _4th_ DAY JURY TRIAL _____ The Jury is impaneled & sworn

____ FILED WITNESS AND EXHIBIT LIST     ____ SEE SEPARATE LIST OF JURORS

____ Opening statements made by_____ _____ Witnesses called, sworn and testified.

____ Exhibits identified.     _____ Exhibits admitted.

____ Motion for judgment of acquittal is _____

____ Motion for mistrial by _____ is ORDERED _____

_xx_ Case continued to __Monday, September 27, 2004 @ 9:00 a.m.

____ Government rests.   _____ Defendant(s) _____ rest.

_xx_ Closing arguments made.   _xx_ Court instructs jury.   _xx_ Baliff/Matron sworn.

____ Alternates excused.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.

____ FINDING BY COURT AS FOLLOWS:   ____ FILED JURY VERDICT AS FOLLOWS:

Dft #1: ____ Guilty on count(s) _____ ____ Not Guilty on count(s) _____

Dft #2: ____ Guilty on count(s) _____ ____ Not Guilty on count(s) _____

Dft #3: ____ Guilty on count(s) _____ ____ Not Guilty on count(s) _____

------------------------------------------------------------------
____ Jury polled. ____ Polling waived. ____ Filed Jury notes. ____ Filed Jury Instructions
------------------------------------------------------------------
____ Dft #____ Referred to P/O for I/R & cont to _____ for sentencing.

____ Dft #_____ remanded to custody. ____ Dft #_____ released from custody.
____ Remand/Release #_____ issd.   ____ Bond exonerated as to dft #_____.

_XX_ Other: _____

ENTER ON ICMS

OCT - 1 2004

10/08

MINUTES FORM 6
CRIM - GEN                      Initials of Deputy Clerk_vpc___