**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: __CR 04-00374(A) SJO__                    Date: __September 27, 2004__
==============================================================================
PRESENT: HONORABLE S. JAMES OTERO, JUDGE

| | | Joseph Johns |
| --- | --- | --- |
| __Victor P. Cruz__ | __Deborah Gackle__ | __Dorothy Kim__ |
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

SPANISH INTERPRETERS: _____
==============================================================================
U.S.A. vs (Dfts listed below)         Attorneys for Defendants

1) __Rita Marie Lavelle__            1) __Dana Cephas, DFPD__
__xx__ pres ____ custody __XX__ bond   __xx__ pres __xx__ apptd ____ retnd

2) _____          2) _____
____ pres ____ custody ____ bond       ____ pres ____ apptd ____ retnd

3) _____          3) _____
____ pres ____ custody ____ bond       ____ pres ____ apptd ____ retnd

____ DAY COURT TRIAL   __5th__ DAY JURY TRIAL   ____ The Jury is impaneled & sworn
____ FILED WITNESS AND EXHIBIT LIST          ____ SEE SEPARATE LIST OF JURORS
____ Opening statements made by ____   ____ Witnesses called, sworn and testified.
____ Exhibits identified.            ____ Exhibits admitted.
____ Motion for judgment of acquittal is _____
____ Motion for mistrial by _____ is ORDERED _____
____ Case continued to _____
____ Government rests.    ____ Defendant(s) _____
____ Closing arguments made.   ____ Court instructs jury.   ____ Bailiff/Matron sworn.
__xx__ Alternates excused.  __xx__ Jury retires to deliberate.  ____ Jury resumes deliberations.
____ FINDING BY COURT AS FOLLOWS:  __xx__ FILED JURY SPECIAL VERDICTS AS FOLLOWS:
Dft #1: __xx__ Guilty on count(s) __1, 2, & 3__   ____ Not Guilty on count(s) _____
Dft #2: ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____
Dft #3: ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____
------------------------------------------------------------------------------
__xx__ Jury polled.  ____ Polling waived.  __xx__ Filed Jury notes.  __xx__ Filed Jury Instructions
------------------------------------------------------------------------------
__xx__ Dft #____ Referred to P/O for I/R & cont to __January 10, 2005 @ 8:30 a.m.__ for sentencing.
____ Dft #_____ remanded to custody.  ____ Dft #_____ released from custody.
____ Remand/Release #_____ issd.  ____ Bond exonerated as to dft #_____

__XX__ Other: The Court places jury notes 1 and 2 on the record. Defendant's request for an extension of time to file a motion for new trial, etc., is denied. Defendant shall remain free on bond pending sentencing. _CC: Pretrial Service_

(stamp: ENTER ON ICMS OCT -4 2004)

MINUTES FORM 6
CRIM - GEN                                    Initials of Deputy Clerk __vpc__