**ORIGINAL**

UNITED STATES OF AMERICA
v.
RITA MARIE LAVELLE

CR No. 04-374(A)-SJO

Government's Exhibit List



FILED
CLERK, U.S DISTRICT COURT
SEP 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 1 | May 30, 2000, Letter from Willoughby to Van Houten | | | |
| 2 | August 20, 2000, Letter from Lavelle to Van Houten, cc Cole | 9/23 | 9/23 | |
| 3 | August 20, 2000, Letter from Lavelle to Van Houten, cc Cole | 9/23 | 9/23 | |
| 4 | August 20, 2000, Letter from Lavelle to Van Houten, cc Cole | | | |
| 5 | Reserved | | | |
| 6 | Memo Re: New Account -- Lemco | 9/23 | 9/23 | |
| 7 | Capital Partners Credit Request | 9/22 | 9/22 | |
| 8 | Capital Partners Credit Request | SEP 2 3 2004 | SEP 2 3 2004 | |
| 9 | August 29, 2000, Letter from Thedaker to Cole | SEP 2 3 2004 | SEP 2 3 2004 | |
| 10 | August 29, 2000, Letter from Thedaker to Cole | | | |
| 11 | August 25, 2000, Fax from Capital Partners to Bob Cole | 9/22 | 9/22 | |
| 12 | Blank Denova Purchase Order | 9/23 | 9/23 | |
| 13 | August 25, 2000, Fax from Schwartz to Lavelle | 9/23 | 9/23 | |
| 14 | Blank Credit Application and Bank Information Release, for Lemco Corp. | SEP 2 3 2004 | SEP 2 3 2004 | |

ENTER ON ICMS
OCT - 5 2004

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___



103

| 15 | Credit Application and Bank Information Release, for Lemco Corp. | SEP 2 3 2004 | SEP 2 3 2004 | |
|---|---|---|---|---|
| 16 | Reserved | | | |
| 17 | Denova Purchase Order | 9/23 | 9/23 | |
| 18 | Denova Purchase Order bearing the signature "J. Bertelli" | SEP 2 3 2004 | SEP 2 3 2004 | |
| 19 | August 28, 2000, Letter from Lavelle to Capital Partners Re: Lemco Corp. Documents for Denova Environmental | 9/22 | 9/22 | |
| 20 | August 28, 2000, Letter from Lavelle to Capital Partners Re: Lemco Corp. Documents for Denova Environmental | 9/23 | 9/23 | |
| 20(a) | August 28, 2000, Letter from Lavelle to Capital Partners Re: Lemco Corp. Documents for Denova Environmental | SEP 2 3 2004 | SEP 2 3 2004 SEP 2 3 2004 | |
| 20(b) | Continuing Guaranty and Waiver | 9/22 | SEP 2 3 2004 | |
| 20(c) | Credit Application and Bank Information Release | 9/22 | SEP 2 3 2004 | |
| 20(d) | Lemco Corp. Check | 9/22 | 9/22 | |
| 20(e) | Security Agreement | 9/22 | SEP 2 3 2004 | |
| 20(f) | Purchase Order | 9/22 | SEP 2 3 2004 | |
| 21 | August 28, 2000, Letter from Lavelle to Capital Partners Re: Lemco Corp. Documents for Denova Environmental | 9/23 | 9/23 | |
| 22 | August 28, 2000, Letter from Lavelle to Capital Partners Re: Documents for Denova Environmental, Evening Delivery | 9/22 | 9/22 | |

SCANNED

| # | Description | | | | |
|---|---|---|---|---|---|
| 23 | August 28, 2000, Letter from Lavelle to Capital Partners Re: Documents for Denova Environmental, Evening Delivery | SEP 2 3 2004 | SEP 2 3 2004 | SEP 2 3 2004 | SCANNED |
| 24 | August 28, 2000, Letter from Lavelle to Capital Partners Re: Documents for Denova Environmental, Evening Delivery | | | | |
| 25 | August 29, 2000, Note from Cole to Lavelle | SEP 2 3 2004 | SEP 2 3 2004 | | |
| 26 | Accounts Transmittal with attached Invoice | 9/22 | 9/22 | | |
| 27 | Reserved | | | | |
| 28 | Denova Invoice | | | | |
| 29 | NuTech Enterprises, Wire Transfer Information | SEP 2 3 2004 | SEP 2 3 2004 | | |
| 30 | NuTech Enterprises, Wire Transfer Information | 9/22 | 9/22 | | |
| 31 | NuTech Enterprises, Wire Transfer Information | | | | |
| 32 | Fax from Capital Partners to Bank of Stockton Wiring Department | 9/22 | 9/22 | | |
| 33 | October 9, 2000, Memo from Lavelle to Capital Partners Re: Lemco Corp. Status Report | SEP 2 3 2004 | SEP 2 3 2004 | | |
| 34 | Nov. 4, 2000, Memo from Lavelle to Capital Partners | SEP 2 3 2004 | SEP 2 3 2004 | | |
| 35 | Nov. 12, 2000, Letter from Lavelle to Capital Partners | | | | |
| 36 | Nov. 12, 2000, Letter from Lavelle to Capital Partners | | | | |
| 37 | Nov. 13, 2000, Memo from Lavelle to Cole & Van Houten | 9/22 | 9/22 | | |

| 38 | Nov. 13, 2000, Memo from Lavelle to Cole & Van Houten | SEP 2 3 2004 | SEP 2 3 2004 | |
|---|---|---|---|---|
| 39 | Nov. 13, 2000, Letter from Capital Partners to Bertelli, Los Angeles | 9/22 | 9/22 | |
| 40 | Nov. 13, 2000, Letter from Capital Partners to Bertelli, Midway City | 9/22 | 9/22 | |
| 41 | Nov. 17, 2000, Letter from Capital Partners to Bertelli, Los Angeles | 9/22 | 9/22 | |
| 42 | Nov. 17, 2000, Letter from Capital Partners to Bertelli, Midway City | 9/22 | 9/22 | |
| 43 | Oct. 7, 2000, Fax from Cole to Lavelle Re. Lemco/Factoring | 9/23 | 9/23 | |
| 44 | Fax from Cole to Lavelle Re. Lemco/Factoring | 9/23 | 9/23 | |
| 45 | Note from Cole to Lavelle | 9/23 | 9/23 | |
| 46 | Reserved | | | |
| 47 | Denova v. Lemco Corp. | | | |
| 48 | Denova v. Lemco Corp. | | | |
| 49 | Generator's Waste Profile No. D4147 | | | |
| 50 | May 22, 2000 Profile No. D4147 | | | |
| 51 | Uniform Hazardous Waste Manifest No. 95222906 | | | |
| 52 | Generators' Waste Profile No. D4145 | | | |
| 53 | May 22, 2000, Profile No. D4145 | | | |
| 54 | Reserved | | | |
| 55 | Uniform Hazardous Waste Manifest No. 95222901 | | | |

SCANNED

| | | | | |
|---|---|---|---|---|
| 56 | Resume of Rita Marie Lavelle | 9/23 | 9/23 | |
| 57 | Declaration of Custodian of Records, Wells Fargo Bank Statement | 9/22 | 9/22 | |
| 58 | Declaration of Custodian of Records, Wells Fargo Bank documents | 9/22 | 9/22 | |
| 59 | February 13, 2001, Memo from Lavelle to SA Freihon | 9/23 | 9/23 | |
| 60 | February 15, 2001, Memo from Lavelle to SA Freihon | 9/23 | 9/23 | |
| 61 | October 13, 2000, Letter from Martyn to Bertelli et al. | | | |
| 62 | October 13, 2000, Letter from Lavelle to Helmlinger | | | |
| 63 | Reserved | | | |
| 64 | April 11, 2000, Fax from Lavelle to Garcia | | | |
| 65 | July 13, 2000, County Health Hazardous Materials Division, Notice of Violation and Order to Comply | SEP 2 3 2004 | SEP 2 3 2004 | |
| 66 | Total Hazardous Waste Inventory at Denova/Broco Storage Site on April 22, 1999 | | | |
| 67 | Reserved | | | |
| 68 | June 16, 2000 Fax from Morrison to Lavelle | SEP 2 3 2004 | | |
| 69 | January 27, 2000, Lavelle Handwritten Notes | SEP 2 3 2004 | SEP 2 3 2004 | |
| 70 | February 11, 2000, Memo from Lavelle to Cole | | | |
| 71 | General Power of Attorney | | | |
| 72 | February 22, 2000, Letter from Lavelle to Morrisson | | | |

SCANNED

| 73 | October 17, 2002, Lavelle Written Statement | 9/23 | 9/23 | |
| --- | --- | --- | --- | --- |
| 74 | AFI Holdings, Inc. Invoice Aging Report | | | |
| 75 | Federal Reserve Bank Print Out | 9/22 | 9/22 | |
| 76 | Plea Agreement for John Lind | | | |
| 77 | Plea Agreement for Robert Cole | | | |
| 78 | Joseph Bertelli Signature Card | 9/22 | 9/22 | |
| 79 | Reserved | | | |
| 80 | NuTech Workplan for Lemco | | | |
| 81 | DTSC Interim Status Permit | | | |
| 82 | LACFD Notice of Violation | 9/22 | 9/22 | |
| 83 | Reserved | | | |
| 84 | Reserved | | | |
| 85 | Reserved | | | |

84  Grand Jury Exhibit 35    9/22    9/22
   11 pg