ORIGINAL

FILED
CLERK, U.S DISTRICT COURT
SEP 2 7 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**UNITED STATES OF AMERICA**
**v.**
**RITA MARIE LAVELLE**

CR No. 04-374(A)-SJO

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

SCANNED

**Defendant's Exhibit List**

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 100 | Blow-up of key names | 9/22/04 | | |
| 101 | Wells Fargo Bank Records | 9/22/04 | 9/22/04 | |
| 102 | US EPA Lemco Index | 9/22/04 | | |
| 103 | Capital Partner Business Index | 9/22/04 | | |
| 104 | Documents taken from Capital Partner | 9/22/04 | 9/23/04 | |
| 105 | Letter to defense counsel | 9/23/04 | | |
| 106 | search warrant | 9/23/04 | 9/23/04 | |
| 107 | Declaration of Rita Lavelle | 9/23/04 | 9/23/04 | |
| 108 | EPA workplan for Lemco | 9/23/04 | 9/23/04 | |
| 109 | Letter date Nov. 8, 2000 written by John Jaros stating EPA had not received workplan | 9/23/04 | 9/23/04 | |
| | | | | |
| 111 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ENTER ON ICMS
OCT - 5 2004

104