## UNITED STATES v. RITA MARIE LAVELLE

### CR 04-374(A)-SJO

### Government's Proposed Witness List

Karen Baker  9/22/04

Bank of America, Custodian of Records

Joseph Bertelli  9/22

Paul Biren  9/22

Robert Cole

Annette Freihon  9/23

Sharon Garrett

John Jaros

John Lind

Richard Martyn

David Nordella

Kelly Sanford (of Federal Reserve Bank)  9/22/04

Kent Thedaker

Sean Walden  9/22/04

Wells Fargo Custodian of Records

Bill Raphel
Cynthia Chavez  9/22/04
Rita Wooley  9/22/04



FILED
CLERK, U.S. DISTRICT COURT
Sep 29, 2004
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

ENTER ON ICMS
OCT - 5 2004

Priority —
Send  ✓
Enter  ___
Closed  ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___