ORIGINAL

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Case No. __CR 04-00374(A) SJO__       Date: __9/27/04__
          USA v. Levelle
                                      Time: __10:30 AM__


JURY NOTE NUMBER ___1___


____ THE JURY HAS REACHED A UNANIMOUS VERDICT


__X__ THE JURY REQUESTS THE FOLLOWING:

A RECESS WITH SMOKING (SO DO WE NEED AN ESCORT?)


SIGNED: _____
         FOREPERSON OF THE JURY

ENTER ON ICMS
OCT -5 2004

106