ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-374(A)-SJO |
| Plaintiff, | ) | SPECIAL VERDICT FORM |
| v. | ) | |
| RITA MARIE LAVELLE, | ) | |
| Defendant. | ) | |

ENTER ON ICMS
OCT - 5 2004

We, the jury, in the above-entitled cause, find as follows:

As to **Count One** (Wire Fraud, in violation of 18 U.S.C. § 1343), we find the defendant, Rita Marie Lavelle:

    Guilty      X

    Not Guilty      ____

As to **Count Two** (False Statement to Government Agency, in violation of 18 U.S.C. § 1001), we find the defendant, Rita Marie Lavelle:

    Guilty      X

    Not Guilty      ____

As to **Count Three** (False Statement to Government Agency, in violation of 18 U.S.C. § 1001), we find the defendant, Rita Marie Lavelle:

    Guilty      X

    Not Guilty      ____

The loss from the offense charged in **Count One** was more than $30,000:

    True      X

    False      ____

As to **Count One**, we find defendant, Rita Marie Lavelle, knew or should have known that at least one victim of the offense was unusually vulnerable due to (i) the victim's age or (ii) the victim's physical condition, including that the victim had cancer.

    True      __X__

    False     ____

As to **Count One**, there was more than one victim to the offense:

    True      __X__

    False     ____

_[signature]_
Foreperson

September 27, 2004