1  DEAN R. GITS (No. 050598)
   Acting Federal Public Defender
2  (E-mail: Dean_Gits@fd.org)
   JILL K. GINSTLING (No. 217911)
3  Deputy Federal Public Defender
   (E-mail: Jill_Ginstling@fd.org)
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone (213) 894-4298
   Facsimile (213) 894-0081
6

7  Attorneys for Defendant
   RITA MARIE LAVELLE
8

FILED
CLERK, U S DISTRICT COURT
MAR - 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Priority ____
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,           )   NO. CR 04-374-SJO
                                    )
              Plaintiff,            )   [PROPOSED] ORDER
                                    )
         v.                         )
                                    )
RITA MARIE LAVELLE,                 )
                                    )
              Defendant.            )
_____)

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that in its position paper regarding the <u>Ameline</u> remand in this case, counsel is permitted to rely on arguments and evidence that were not part of the record at the time of the original sentencing in this case, so long as the arguments and evidence could have been developed at the time of the original sentencing. Specifically, the defense is permitted to rely on the report of the psychological evaluation of Ms. Lavelle.

DATED: February 28, 2006                _____
                                        HONORABLE S. JAMES OTERO
                                        United States District Judge

cc: USPO
    PTS

ENTER ON ICMS
MAR - 7 2006

173

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the [PROPOSED] ORDER.

On February 27, 2006, following ordinary business practice, service was:

| [x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|

[ ] By facsimile as follows:

Dorothy C. Kim
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1304
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on February 27, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Carmen I. Cardenas