Name JILL K. GINSTLING (No. 217911)
Address 321 E. 2nd ST.
City, State, Zip LOS ANGELES, CA 90012
Phone (213) 894-4298
Fax (213) 894-0081
E-Mail Jill_Ginstling@fd.org

☒ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

Bill _waived_
Fees Pd
Frms Gvn ✓
CAD
TDO ✓
Ntc/Dkt Mld

FILED 2006 MAR 30 PM 3:29

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 04-374-SJO (01) |
| v. | |
| RITA MARIE LAVELLE | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____RITA MARIE LAVELLE_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(b)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

DOCKETED ON CM APR 27 2006 BY ___ 173

Entered in this action on ___MARCH 27, 2006___.

A copy of said judgment or order is attached hereto.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE
DATED 4-26-06
DEPUTY CLERK

3/30/06
Date

Signature
☐ Appellant/Pro Se  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)  NOTICE OF APPEAL

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the **NOTICE OF APPEAL**.

On March 30, 2006, following ordinary business practice, service was:

| | | |
|---|---|---|
| [x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |

[ ] By facsimile as follows:

Dorothy C. Kim
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1304
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on March 30, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Carmen I. Cardenas

FILED
CLERK, U.S. DISTRICT COURT

MAR 24 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-374 SJO |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| RITA MARIE LAVELLE, an individual, | ) | |
| | ) | MAR 27 2006 |
| Defendant. | ) | |

The Court received the Judgment of the United States Court of Appeals for the Ninth Circuit, remanding this matter back to the District Court to determine whether the statement imposed would have been materially different had the District Court known that the Guidelines were advisory. *United States v. Ameline*, 409 F.3 1073, 1074 (9th Cir. 2005).

After reviewing the case file, the parties' briefs regarding resentencing, as well as additional evidence offered by Defendant, the Court determines that the sentence imposed by the Court is sufficient but not greater than necessary to meet the goals of sentencing. 18 U.S.C. 3553(a). Accordingly, the sentence would NOT have been different had the District Court known that the Guidelines were advisory. The Defendant is to surrender herself to the custody of the United

1 | States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles,
2 | California 90012, on or before April 10, 2006.
3 |     IT IS SO ORDERED.

5 | Dated this 27 day of March, 2006.

                                                    S. JAMES OTERO
                                        UNITED STATES DISTRICT JUDGE